Lictorio, Inc. and Luigi Marianelli, Appellants, v. Sears, Roebuck and Company and Sears International, Inc., Appellees.

Gen. No. 41,811.

opinion filed December 30, 1942. Bobb, Spoerri, Bourland & Harris, for appellants; William L. Bourland and Stanley K. Feinberg, of counsel; Lederer, Livingston, Kahn & Adsit, for appellees; Sigmund Livingston, Harry H. Kahn and Archie H. Siegel, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''

James T. Shealy, Appellee, v. Charles L. Schwerin, Appellant.

Gen. No. 41,821.

opinion filed December 30, 1942; rehearing denied January 20, 1943. Abraham W. Brussell, for appellant; Thomas J. Finnegan, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''